UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SK'S COMSETIC BOUTIQUE, INC. and        :
SUSAN KEANE,                             :
            Plaintiffs,            :
v.                                       :        **ORDER**
                                         :
J.R SILVERBERG REALTY, LLC and THE       :        20 CV 2035 (VB)
ESTATE OF JEROLL SILVERBERG,             :
            Defendants.            :
--------------------------------------------------------------x

       On April 21, 2020, defendants filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6).  (Doc. #7).

       On April 22, 2020, the Court ordered plaintiffs to notify the Court by May 4, 2020, whether they intended to file an amended complaint.  (Doc. #11).  On May 4, 2020, plaintiffs notified the Court that they would not be amending the complaint and would rely on the original complaint that is the subject of defendants' motion to dismiss.  (Doc. #14).

       Accordingly, plaintiffs' opposition to the motion was due on May 5, 2020.

       To date, no opposition has been filed.  The Court sua sponte extends plaintiffs' time to oppose the motion to May 20, 2020.  **If plaintiffs fail to respond to the motion by May 20, 2020, the motion will be deemed fully submitted and no further extensions will be granted.**

Dated: May 13, 2020
      White Plains, NY

                                                                                        SO ORDERED:

                                                                                         _____
                                                                                         Vincent L. Briccetti
                                                                                        United States District Judge