**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SK'S COSMETIC BOUTIQUE INC. and
SUSAN KEANE,

                    Plaintiffs,
      -against-

J.R. SILVERBERG REALTY, LLC, and THE
ESTATE OF JEROLL SILVERBERG,

                    Defendants.
------------------------------------------------------------X

20 CIVIL 2035 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2020, defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

      June 24, 2020

                                        **RUBY J. KRAJICK**
                                        Clerk of Court
                      BY:
                                          Deputy Clerk